1044

No. 98–6363. SPANGLER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 98–6364. SAUNDERS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 98–6367. BENTLEY v. DEMSKIE, ACTING SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 98–6375. BARNETT v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–6402. LABANKOFF ET AL. v. VIKING CREDIT CORP. ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–6460. RIGGINS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 98–6466. BARTLETT v. DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 98–6479. MCLENNON v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–6490. CARTER v. AMTRAK CORPORATION. C. A. 11th Cir. Certiorari denied.

No. 98–6499. DINSMORE-THOMAS v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–6513. LANIER v. SUPERIOR COURT OF THE DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied.

No. 98–6536. THOMAS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 98–6541. MOSS v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.